**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                              ) Case No. 18-12015 - A - 7
Francisca Cristina Paz,            ) Docket Control No. NLG-1
                  Debtor.          ) Document No. 22
                                   ) Date: 08/22/2018
                                   ) Time: 9:00 AM
                                   ) DEPT: A
```

**Order**

Findings of fact and conclusions of law are stated in the civil minutes for the hearing.

Federal National Mortgage Association's motion for relief from the automatic stay has been presented to the court. Having entered the default of respondent for failure to appear, timely oppose, or otherwise defend in the matter, and having considered the well-pleaded facts of the motion,

IT IS ORDERED that the motion is granted. The automatic stay is vacated with respect to the property described in the motion, commonly known as 32313 Road 160, Ivanhoe, CA, as to all parties in interest. The 14-day stay of the order under Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived. Any party with standing may pursue its rights against the property pursuant to applicable non-bankruptcy law.

IT IS FURTHER ORDERED that no other relief is awarded. To the extent that the motion includes any request for attorney's fees or other costs for bringing this motion, the request is denied.

Dated: Aug 24, 2018

_____
Fredrick E. Clement
United States Bankruptcy Judge

[22] - Motion for Relief from Automatic Stay [NLG-1] Filed by Creditor FEDERAL NATIONAL MORTGAGE ASSOCIATION (Fee Paid $181) (eFilingID: 6313145) (isaf)